# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                     )<br>        Plaintiff,  )<br>                                       )<br>   v.                                   )<br>                                       )<br>KENNETH REDD,  )<br>                                     )<br>        Defendant.  ) | No. 4:05-CR-458 CAS |

## ORDER

This matter is before the Court on defendant's Motion to Suppress Evidence and Statements. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Thomas C. Mummert. On November 2, 2005, Judge Mummert filed a Report and Recommendation of United States Magistrate Judge, which recommended that defendant's Motion to Suppress Evidence and Statements be denied.

No objections have been filed to the Magistrate Judge's Report and Recommendation.

The Court has carefully and independently reviewed the record of this matter. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 39]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence and Statements is **DENIED**. [Doc. 29]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 22nd day of November, 2005.